```
                        United States Bankruptcy Court
                         Western District of Washington
In re:                                                          Case No. 11-43141-BDL
Young's Capital Co LLC                                          Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-3          User: mikek              Page 1 of 1             Date Rcvd: Apr 22, 2011
                              Form ID: b9f             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2011.
db          +Young's Capital Co LLC,    685 Ocean Shores Blvd NW,    Ocean Shores, WA 98569-9344
aty         +Marjorie S Raleigh,    700 Stewart St Ste 5103,   Seattle, WA 98101-4438
aty         +Michael M. Yahng,    Cornerstone Law Office,   30810 Pacific Hwy South,
              Federal Way, WA 98003-4982
smg         +Attorney General's Office,    Bankruptcy and Collections Unit,    800 5th Ave Ste 2000,
              Seattle, WA 98104-3188
smg         +Securities and Exchange Commission,    Bankruptcy Counsel,    5670 Wilshire Blvd,   11th Floor,
              Los Angeles, CA 90036-5627
953166658   +Grays Harbor County Assessors Office,    100 W. Broadway, Suite 21,    Montesano, WA 98563-3614
953166659   +Hanmi Bank,    3660 Wilshire Blvd, Penthouse Suite A,    Los Angeles, CA 90010-2387
953166660   +Holiday Hospitality Franchising, Inc,    C/O Kilpatrick Townsend & Stockton LLP,
              1100 Peachtree Street NE, Ste 2800,    Atlanta, GA 30309-4528
953166661   +Ju Ok Yoon,    13928 88th PL SE,    Newcastle, WA 98059-3486
953166663   +LSI Title Agency, Inc,    C/O Asset Foreclosure Service, Inc,    22837 Ventura Blvd., Suite350,
              Woodland Hills, CA 91364-1224
953166662   +Lilian Solano,    Trustee Sale Officer,    13920 SE Eastgate Way, Suite 115,
              Bellevue, WA 98005-4440
953166665   +MTC Financial Inc,    DBA Trustee Corps,    17100 Gilette Ave,    Irvine, CA 92614-5603
953166664    Matt Kelley,   Trustee Sales Officer,    1700 Seventh Avenue, St Ste 2100,    Seattle, WA  98101
953166666   +Parmjit Khaita & Mondier Khaita,    19638 104th Ave SE,    Renton, WA 98055-7370
953166667   +Shinhan Bank,    330 Fifth Ave 4th Fl,    New York, NY 10001-3165
953166668   +TKCW Investment, LLC,    10230 NE Points Dr, #540,    Kirkland, WA 98033-7869
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: IRS.COM Apr 22 2011 22:43:00      Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
smg          EDI: WADEPREV.COM Apr 22 2011 22:43:00      State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust         +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Apr 22 2011 22:45:14      United States Trustee,
              700 Stewart St Ste 5103,   Seattle, WA 98101-4438
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
953166657  ##+City Of Ocean Shores,    800 Anchor Ave NW,   Ocean Shores, WA 98569-9700
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2011**          **Signature:** *Joseph Speetjens*

| | |
|---|---|
| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/09) | Case Number **11–43141–BDL** |

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on **April 20, 2011**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Young's Capital Co LLC
685 Ocean Shores Blvd NW
Ocean Shores, WA 98569

| | |
|---|---|
| Case Number: 11–43141–BDL<br>Office Code: 3 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>76–0731572 |
| Attorney for Debtor(s) (name and address):<br>Michael M. Yahng<br>Cornerstone Law Office<br>30810 Pacific Hwy South<br>Federal Way, WA 98003<br>Telephone number: 253–946–9428 | |

## Meeting of Creditors
Date: **May 25, 2011**                Time: **01:00 PM**
Location: **Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402<br>Telephone number: 253–882–3900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Brian D Lynch. |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: April 22, 2011 |

# EXPLANATIONS
Case Number **11–43141–BDL**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor or joint Debtor fails to appear at the meeting of creditors, the U.S. Trustee will apply ex parte for an order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. **This is the only notice you will receive of the U.S. Trustee's Motion to Dismiss the case.** If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes, i.e. 14–day deadline or date of meeting of creditors. |

Refer to Other Side for Important Deadlines and Notices